UNPUBLISHED

COURT OF APPEALS OF VIRGINIA


Present:   Judges Petty, Chafin and Senior Judge Annunziata


HH GREGG, INC. AND TRAVELERS
 INDEMNITY COMPANY OF AMERICA

                                                                    MEMORANDUM OPINION*
v.        Record No. 1171-13-2                                            PER CURIAM
                                                                      OCTOBER 29, 2013
CATHY LYNN GULLEDGE


          FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

               (Chanda W. Stepney; Law Office of Mark J. Beachy, on brief), for
               appellants.

               (Brody H. Reid; Reid Goodwin, PLC, on brief), for appellee.


          HH Gregg, Inc. and Travelers Indemnity Company of America (appellants) appeal a

decision of the Workers' Compensation Commission finding that Cathy L. Gulledge's injury

arose out of and in the course of her employment and awarding her benefits.  Appellants contend

the commission "erred in finding that there was sufficient evidence to support that [Gulledge]

sustained a compensable injury by accident arising out of the employment."  We have reviewed

the record and the commission's opinion and find that this appeal is without merit.  Accordingly,

we affirm for the reasons stated by the commission in its final opinion.  See Gulledge v. H.H.

Gregg, Inc., VWC File No. VA00000574649 (Jun. 6, 2013).  We dispense with oral argument

and summarily affirm because the facts and legal contentions are adequately presented in the

materials before the Court and argument would not aid the decisional process.  See Code

§ 17.1-403; Rule 5A:27.

                                                                              Affirmed.

_____

          * Pursuant to Code § 17.1-413, this opinion is not designated for publication.